Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–10089–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas McCabe
    aka Thomas P. McCabe, aka Thomas P.
    McCabe, aka Thomas Patrick McCabe Jr.
    3104 Sunset Avenue
    Williamstown, NJ 08094

Social Security No.:
    xxx–xx–1765

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        6/13/19
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Andrew Thomas Archer, Attorney for Debtor

COMMISSION OR FEES
$1,095.00

EXPENSES
0.00

---

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: May 2, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-10089-ABA
Thomas McCabe                                                            Chapter 13
             Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: May 02, 2019
                             Form ID: 137              Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2019.
db          +Thomas McCabe,    3104 Sunset Avenue,    Williamstown, NJ 08094-4337
aty         +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,   Collingswood, NJ 08108-2812
lm          +Veterans United Home Loans,    1400 Veterans United Drive,    Columbia, MO 65203-3005
517950664   +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518042726   +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517950666   +Chase Card Services,    Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
517950672   +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
518071207   +Mortgage Research Center, LLC,    dba Veterans United Home Loans,,
             a Missouri Limited Liability Company,    c/o Cenlar FSB,    425 Phillips Blvd.,
             Ewing, NJ 08618-1430
517950673   +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
517950675   +Veterans United Home Loan,    1400 Veterans United Drive,    Columbia, MO 65203-3005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov May 03 2019 00:39:22    U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2019 00:39:19    United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517972616     E-mail/Text: ally@ebn.phinsolutions.com May 03 2019 00:38:10    Ally Capital,    PO Box 130424,
             Roseville MN 55113-0004
517950663   +E-mail/Text: ally@ebn.phinsolutions.com May 03 2019 00:38:10    Ally Financial,
             Attn: Bankruptcy Dept,    Po Box 380901,   Bloomington, MN 55438-0901
517950665   +E-mail/Text: bankruptcy_notifications@ccsusa.com May 03 2019 00:40:10    Ccs Collections,
             725 Canton St,   Norwood, MA 02062-2679
517950667   +E-mail/Text: documentfiling@lciinc.com May 03 2019 00:38:08    Comcast Bankruptcy Department,
             Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2604
517950668   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 03 2019 00:39:02    Comenity Bank/Eddie Bauer,
             Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
517950669   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 03 2019 00:39:02
             Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
             Columbus, OH 43218-2125
517950670   +E-mail/Text: mrdiscen@discover.com May 03 2019 00:38:11    Discover Financial,
             Attn: Bankruptcy,    Po Box 3025,   New Albany, OH 43054-3025
517950674   +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:41:40    Synchrony Bank,
             Attn: Bankruptcy,    Po Box 965060,   Orlando, FL 32896-5060
517952572   +E-mail/PDF: gecsedi@recoverycorp.com May 03 2019 00:42:23    Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518060722   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 03 2019 00:42:48    Verizon,
             by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                        TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517950671     Jerome Daman,    Unknown
                                                                          TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin               Page 2 of 2          Date Rcvd: May 02, 2019
                             Form ID: 137               Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          Andrew Thomas Archer    on behalf of Debtor Thomas  McCabe aarcher@brennerlawoffice.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United
           Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans
           United Home Loans, a Missouri Limited Liability Company kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 5