Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–10089–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thomas McCabe
aka Thomas P. McCabe, aka Thomas P. McCabe, aka Thomas Patrick McCabe Jr.
3104 Sunset Avenue
Williamstown, NJ 08094

Social Security No.:
xxx–xx–1765

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 10, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 30 – 2
Order Approving Interim Confirmation Order (related document:2 Chapter 13 Plan and Motions filed by Debtor Thomas McCabe). Payments in the amount of $1,040.00 per month, beginning 5/1/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/10/2019. (bc)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 10, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas McCabe  
    Debtor

Case No. 19-10089-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 10, 2019  
                     Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.  
lm         +Veterans United Home Loans,   1400 Veterans United Drive,   Columbia, MO 65203-3005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:  
        Andrew Thomas Archer    on behalf of Debtor Thomas  McCabe aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor   Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 5