UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on August 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Thomas McCabe,

Debtor

Case No.:  19-10089

Chapter:  13

Judge:  ABA

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 6, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __February 1, 2019__ :

Property:       __3104 Sunset Avenue, Williamstown, NJ  08094__

Creditor:       __Veterans United Home Loans__

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __the debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __10/31/2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*