Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–10089–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Thomas McCabe
aka Thomas P. McCabe, aka Thomas P.
McCabe, aka Thomas Patrick McCabe Jr.
3104 Sunset Avenue
Williamstown, NJ 08094

Social Security No.:
xxx–xx–1765

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/29/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 29, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas McCabe  
    Debtor

Case No. 19-10089-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Aug 29, 2019  
                      Form ID: 148      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.

```
db             +Thomas McCabe,    3104 Sunset Avenue,     Williamstown, NJ 08094-4337
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
lm             +Veterans United Home Loans,    1400 Veterans United Drive,    Columbia, MO 65203-3005
517950664      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518042726      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517950672      +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812
518071207      +Mortgage Research Center, LLC,    dba Veterans United Home Loans,,
                 a Missouri Limited Liability Company,    c/o Cenlar FSB,    425 Phillips Blvd.,
                 Ewing, NJ 08618-1430
517950673      +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
517950675      +Veterans United Home Loan,    1400 Veterans United Drive,    Columbia, MO 65203-3005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 00:21:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 00:21:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517972616       EDI: GMACFS.COM Aug 30 2019 03:58:00      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517950663      +EDI: GMACFS.COM Aug 30 2019 03:58:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
517950665      +EDI: CCS.COM Aug 30 2019 03:58:00      Ccs Collections,    725 Canton St,
                 Norwood, MA 02062-2679
517950666      +EDI: CHASE.COM Aug 30 2019 03:58:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517950667      +EDI: COMCASTCBLCENT Aug 30 2019 03:58:00      Comcast Bankruptcy Department,
                 Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2604
517950668      +EDI: WFNNB.COM Aug 30 2019 03:58:00      Comenity Bank/Eddie Bauer,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517950669      +EDI: WFNNB.COM Aug 30 2019 03:58:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517950670      +EDI: DISCOVER.COM Aug 30 2019 03:58:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
517950674      +EDI: RMSC.COM Aug 30 2019 03:58:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517952572      +EDI: RMSC.COM Aug 30 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518060722      +EDI: AIS.COM Aug 30 2019 03:58:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517950671        Jerome Daman,    Unknown
                                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                                              Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin             Page 2 of 2              Date Rcvd: Aug 29, 2019
                              Form ID: 148            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2019 at the address(es) listed below:

        Andrew Thomas Archer    on behalf of Debtor Thomas  McCabe aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com

        Denise E. Carlon    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com

        Kevin Gordon McDonald    on behalf of Creditor    Mortgage Research Center, LLC d/b/a Veterans United Home Loans, a Missouri Limited Liability Company kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 6